(October 31, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARTIN GINSBERG, Respondent.—Motion by respondent to dismiss appeal on the ground that it is barred by *People v Brown* (40 NY2d 381, cert den 429 US 975) denied without prejudice to renewal upon the argument of the appeal. Respondent's brief shall be filed and served on or before November 9, 1977. Appeal set down for argument on November 18, 1977. Koreman, P. J., Sweeney, Mahoney, Larkin and Mikoll, JJ., concur.

FOURTH DEPARTMENT, OCTOBER, 1977

(October 28, 1977)

■ DAN PEARSON, Respondent, v ALFREDA W. SLOMINSKI, Individually and as Comptroller of the County of Erie, Appellant.—Judgment unanimously affirmed, without costs, on the opinion at Special Term, Doerr, J. (Appeal from judgment of Erie Supreme Court—art 78.) Present—Moule, J. P., Cardamone, Simons, Hancock and Denman, JJ.